TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00203-CR


NO. 03-04-00270-CR






Craig Jonathan Warner, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF LAMPASAS COUNTY, 27TH JUDICIAL DISTRICT


NOS. 7410 & 7411, HONORABLE JOE CARROLL, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's motions for extension of time to file brief in these related causes are
granted. Appellant's counsel, Mr. Scott K. Stevens, is ordered to tender a brief in these causes no
later than November 8, 2004. No further extension of time will be granted.

It is ordered October 18, 2004.


Before Justices Kidd, Patterson and Puryear

Do Not Publish